**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARCO SANTIAGO ZABALA, | No. 09-56612 |
| Petitioner - Appellant, | D.C. No. 5:08-cv-00647-MLG |
| v. | |
| ROBERT HOREL, Warden, | MEMORANDUM[*] |
| Respondent - Appellee. | |

Appeal from the United States District Court
for the Central District of California
Marc L. Goldman, Magistrate Judge,[**] Presiding

Submitted January 10, 2011[***]

Before:     BEEZER, TALLMAN, and CALLAHAN, Circuit Judges.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     This case was assigned, by the consent of the parties, to a Magistrate Judge, pursuant to 28 U.S.C. § 636(c)(1).

[***]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

California state prisoner Marco Santiago Zabala appeals from the district court's denial of his 28 U.S.C. § 2254 habeas petition. We have jurisdiction under 28 U.S.C. § 2253, and we affirm.

Zabala contends that the state court's conclusion – that the erroneous admission of evidence at trial was harmless – was contrary to, and an unreasonable application of, clearly established Supreme Court law. However, Zabala has failed to demonstrate that the state court's application of *Chapman v. California*, 386 U.S. 18 (1967), was objectively unreasonable. *See Mitchell v. Esparza*, 540 U.S. 12, 18 (2003) (per curiam). Further, in light of the other evidence of guilt admitted at trial, Zabala has failed to establish that the trial error had a substantial and injurious effect or influence in determining the jury's verdict. *See Brecht v. Abrahamson*, 507 U.S. 619, 637 (1993).

**AFFIRMED.**